RIO GRANDE WESTERN RAILWAY COMPANY, APPELLANT,
v. CHAMBERLIN, APPELLEE.

CONSTITUTIONAL LAW.
The railroad stock-killing statute is unconstitutional.

*Appeal from the County Court of Mesa County.*

Mr. CHARLES F. CASWELL, for appellant.

No appearance for appellee.

THOMSON, J., delivered the opinion of the court.

Chamberlin, the plaintiff below, recovered a judgment of $80.00 against the defendant company for killing a cow worth $40.00.    The recovery was had under our stock-killing stat-

ute, which has been repeatedly held by the supreme court and this court to be unconstitutional. *Wadsworth v. Railway Co.*, 18 Colo. 600; *Railway Co. v. Outcalt*, 2 Colo. App. 395; *Railway Co. v. Vaughn*, 3 Colo. App. 465. Upon proof that the animal was killed through the negligence of the defendant, plaintiff would be entitled to judgment for its value, and no more; and, if the cause is tried again, such proof must be forthcoming, or the plaintiff's case must fail. The judgment is reversed.

*Reversed.*